

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TONLYWARE TECHNOLOGY CO., LTD.,

              Plaintiff(s),                                7:22-CV-10384
                                                           AFFIDAVIT OF SERVICE

-against-

KEY DIGITAL SYSTEMS, INC.,

              Defendant(s),
-------------------------------------------------------------X
STATE OF NEW YORK      )
                         S.S.:
COUNTY OF ALBANY      )

         DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of

eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

         That on the 12TH day of December, 2022, at approximately the time of 2:15P.M., at the

office of the Secretary of State, of the State of New York in the City of Albany, deponent served

SMMONS IN A CIVIL ACTION AND COMPLAINT AND CIVIL COVER SHEET AND RULE 7.1

STATEMENT AND INDIVIDAL PRACTICES IN CIVIL CASES OF NELSON S. ROMAN, U.S.D.J.

upon KEY DIGITAL SYSTEMS, INC., in this action, by delivering to and leaving with AMY LESCH an

agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of

making such service deponent paid said Secretary of State a fee of forty dollars. That said service was

made pursuant to Section, 306 Business Corporation Law.

         Deponent further says that she knew the person so served as aforesaid to be the individual

in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of

said defendant.

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com

**D L S**   **DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

AMY LESCH is a white female, approximately 45 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with brown hair.

DEBORAH LaPOINTE

Sworn to before me this 14th day of December, 2022

NOTARY PUBLIC

Kelly A. Brunelle
Notary Public, State of New York
Certified in Rensselaer County
ID# 01BR6049625
Commission Expires 9/18/ 2025

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com