USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09.08.2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONLYWARE TECHNOLOGY CO., LTD,

Plaintiff,

-against-

KEY DIGITAL SYSTEMS, INC.,

Defendant.

22-cv-10384 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court clarifies that the Order to Show Cause hearing scheduled for September 16, 2026, at 3:00 p.m. will proceed telephonically. All other provisions of the Court's prior Order remain in effect. Plaintiff is directed to serve a copy of this Order upon Defendant forthwith by regular and certified mail.

Dated: September 8, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE