UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TONLYWAWRE TECHNOLOGY CO. LTD.**

Plaintiff,

-against-

**KEY DIGITAL SYSTEMS, INC.**

Defendants.

Case No. 7:22-cv-10384(NSR)

**DEFAULT JUDGMENT**

This action having been commenced on December 8, 2022 by the filing of the Summons and Complaint and a copy of the Summons and Complaint having been served on the Defendant Key Digital Systems, Inc., on December 12, 2022, by service on Key Digital Systems, Inc.'s registered agent for service of process, the Secretary of State, of the State of New York, and proof of service having been filed on December 14, 2022, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That to the extent any stay of this proceeding was entered, the stay is hereby lifted, *nunc pro tunc* following United States Bankruptcy Judge Sean H. Lane's Order of May 2, 2024, dismissing defendant's bankruptcy petition; it is

FURTHER ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendant in the liquidated amount of $2,605,697.41 with statutory post-judgment interest

at 9% as provided under New York law (New York Civil Practice Law and Rules §5004), which interest shall run from the date of the entry of this order; and the Clerk of Court is hereby directed to terminate this action.

DATED: New York, New York
October 16, 2025

Judge Nelson S. Roman
United States District, SDNY